NUMBER
13-09-00575-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

GOLDEN PALMS
RETIREMENT & HEALTH,                          Appellant,

 

                                                             v.

 

EDNA NYBOER,
INDIVIDUALLY AND 

AS REPRESENTATIVE OF
THE ESTATE 

OF DONALD NYBOER,                                                                  Appellee.


____________________________________________________________

 

                     On
appeal from the County Court at Law No. 2

                                      of
Cameron County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                     Before Justices
Yañez, Rodriguez, and Garza

Memorandum Opinion
Per Curiam

 








Appellant,
Golden Palms Retirement & Health, perfected an appeal from a judgment
entered by the County Court at Law No. 2 of Cameron County, Texas, in cause
number 2009-CCL-341-B.  Appellant has filed a motion to dismiss the appeal and
requests that this Court dismiss the appeal.

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion that
the motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and
the appeal is hereby DISMISSED.  Costs will be taxed against appellant.  See
Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the

5th day of August, 2010.